NUMBER 13-03-571-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________
 
THE STATE OF TEXAS,                                                     Appellant,

v.

NORA BALALCAZAR,                                                         Appellee.
__________________________________________________________________

On appeal from the 105th District Court
of Nueces County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, THE STATE OF TEXAS, perfected an appeal from an order entered
by the 105th District Court of Nueces County, Texas, in cause number 2003-1077-3. 
After the notice of appeal was filed, the State filed a motion to dismiss the appeal. 
In the motion, the State requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and the state’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. The motion
to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM

Do not publish. Tex. R. App. P. 47.2(b).
  
Opinion delivered and filed this
the 15th day of January, 2004.